No. 00–8767.  McCloud *v.* Jackson et al.  C. A. 2d Cir.
Certiorari denied.

No. 00–8771.  Lim *v.* Thomas & Betts Corp.  C. A. 6th Cir.
Certiorari denied.

No. 00–8773.  Dae Hee Lee *v.* Hubbard, Warden, et al.
C. A. 9th Cir.  Certiorari denied.

No. 00–8856.  Williams *v.* Hayes, Sheriff, Itawamba
County, Mississippi, et al.  C. A. 5th Cir.  Certiorari denied.

No. 00–8893.  Gilchrist *v.* Weldon, Warden, et al.  C. A.
4th Cir.  Certiorari denied.

No. 00–8903.  Boyd *v.* Dormire, Superintendent, Jefferson City Correctional Center.  C. A. 8th Cir.  Certiorari
denied.

No. 00–8922.  Brown *v.* O'Dea, Warden.  C. A. 6th Cir.
Certiorari denied.

No. 00–8943.  Rodriguez *v.* United States.  C. A. 5th Cir.
Certiorari denied.

No. 00–8958.  Moore *v.* Georgia.  Sup. Ct. Ga.  Certiorari
denied.

No. 00–8993.  Coley *v.* Garraghty, Warden.  C. A. 4th Cir.
Certiorari denied.

No. 00–9005.  Jacobs *v.* North Carolina.  Sup. Ct. N. C.
Certiorari denied.

No. 00–9024.  Purcell *v.* North Carolina.  Ct. App. N. C.
Certiorari denied.

No. 00–9037.  Eickleberry *v.* Keohane, Warden, et al.
C. A. 7th Cir.  Certiorari denied.

No. 00–9064.  Chambers *v.* Adams.  C. A. 6th Cir.  Certiorari
denied.

No. 00–9102.  Johns *v.* Missouri.  Sup. Ct. Mo.  Certiorari
denied.